UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60313-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM ALFRED HATCHER, JR.,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation [DE 25] issued by United States Magistrate Judge Peter R. Palermo on March 15, 2011.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty. Sentencing in this matter is set for Friday, May 27, 2011 at 10:00 a.m.

**DONE and ORDERED** in West Palm Beach, this 1st day of April, 2011.

                                              **KENNETH A. MARRA**
                                              UNITED STATES DISTRICT JUDGE

cc:    All counsel